# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT CHUR; STEVE FOGG; MARK GARBER; CAROL HARTER; ROBERT HURLBUT; BARBARA LUMPKIN; JEFF MARSHALL; AND ERIC STICKELS,

                Appellants,

vs.

COMMISSIONER OF INSURANCE FOR THE STATE OF NEVADA AS RECEIVER OF LEWIS AND CLARK LTC RICK RETENTION GROUP, INC.,

                Respondent.

No. 84311

**FILED**

JUN 06 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY *S. Young*
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from orders entered prior to entry of the final judgment denying attorney fees and to retax and settle costs. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

Because it appeared that a timely tolling motion had been filed after entry of the order appealed from, this court directed appellants to show cause why the appeal should not be dismissed for lack of this court's jurisdiction. Appellants have responded and do not dispute that the tolling motion was filed and has not yet been resolved. Accordingly, appellants fail to demonstrate that this court has jurisdiction, and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

22-17899

cc: Hon. Nancy L. Allf, District Judge
Lansford W. Levitt, Settlement Judge
Lipson Neilson P.C.
Hutchison & Steffen, LLC/Las Vegas
Eighth District Court Clerk